UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **RYANT CONNELLY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:22-CV-00193 |
| | § | |
| **BOBBY LUMPKIN,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the January 20, 2023, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Mitchel Neurock. (Dkt. No. 28). Magistrate Judge Neurock made findings and conclusions and recommended Plaintiff's Complaint be dismissed without prejudice for want of prosecution, particularly for failing to pay the $5 filing fee after being ordered to do so multiple times. (*Id.* at 2–3).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On February 9, 2023, Plaintiff filed one objection. (Dkt. No. 29). Plaintiff claims that he has sent an inmate check to the Court. (*Id.*).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error.  Finding no error,[1] the Court accepts the M&R and adopts it as the opinion of the Court.  It is therefore ordered that:

(1) Magistrate Judge Neurock's M&R, (Dkt. No. 28), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Complaint, (Dkt. No. 1), is **DISMISSED WITHOUT PREJUDICE**.

It is SO ORDERED.

Signed on April 14, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff was advised multiple times the proper method by which to pay the $5 filing fee. (Dkt. No. 8); (Dkt. No. 23).  Plaintiff was aware that an inmate check was not the appropriate manner by which to pay the filing fee. (Dkt. No. 23).  Plaintiff has been given more than enough time to comply with this requirement.

2